DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
STEWART BRUMBELOE, ESQ.
Nevada Bar No. 16813
YASHMEETA SHARMA DAVIS, ESQ.
Nevada Bar No. 16983
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: stewart.brumbeloe@jacksonlewis.com
Email: yashmeeta.sharmadavis@jacksonlewis.com

*Attorneys for Defendant*
*Tesla, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARRY BRYMER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., a foreign corporation<br><br>Defendant. | Case No.: 3:26-cv-00784-CSD<br><br>**STIPULATION AND ORDER:**<br><br>**(1) TO ARBITRATE CASE; AND**<br><br>**(2) TO STAY CASE PENDING COMPLETION OF ARBITRATION** |

Plaintiff Barry Brymer ("Plaintiff"), by and through his counsel, Kemp & Kemp and Defendant Tesla, Inc., ("Defendant"), by and through its counsel, the law firm of Jackson Lewis P.C., hereby stipulate and agree as follows:

1. Plaintiff and Defendants are party to a Mutual Arbitration Agreement (the "Arbitration Agreement") which provides that all disputes arising out of or related to Plaintiff's employment with Defendant are subject to resolution by final and binding arbitration with the American Arbitration Association.

2. The Arbitration Agreement is valid and binding on the parties.

3. All of Plaintiff's claims shall be submitted to and resolved by final, binding and private arbitration in accordance with the Arbitration Agreement and the applicable JAMS Employment Arbitration Rules and Mediation Procedures.

4. Plaintiff shall initiate arbitration proceedings with JAMS no later than January 30, 2027.

5. This case shall be stayed in this Court pursuant to 9 U.S.C. § 3 pending completion of arbitration.

6. The Parties are not waiving, relinquishing, or otherwise impairing any claim, defense, argument, or other right they may have by virtue of entering into this Stipulation. *Szanto v. Marina Marketplace I, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS 168028, at *10 (D. Nev. Nov. 26, 2013).

Dated this 29th day of October, 2026.

KEMP & KEMP

*/s/Jamess P. Kemp*
James P. Kemp, Bar # 6375
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130

*Attorneys for Plaintiff*
*Barry Brymer*

JACKSON LEWIS P.C.

*/s/Yashmeeta Sharma Davis*
Deverie J. Christensen, Bar # 6596
Stewart Brumbeloe, Bar # 16813
Yashmeeta Sharma Davis #16983
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Tesla Inc.,*

**ORDER**

Dated: October 29, 2026

IT IS SO ORDERED.



United States Magistrate Judge